**Terry ROSEBORO, Plaintiff–Appellant,**

v.

**Charles FELTS, Warden of FCI–Beckley; Dr. D. McLain, Clinical Director; J. Rowe, APRN, Nurse Practitioner; United States of America, Serve: Mr. Peter D. Keisler, United States Attorney General, U.S. Department of Justice, Tenth Street and Constitution Ave. N.W., Defendants–Appellees.**

No. 12–7478.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 22, 2013.

Decided: Jan. 24, 2013.

Terry Lee Roseboro, Appellant Pro Se. Lara Dee Pyne Crane, BUREAU OF PRISONS, Beaver, West Virginia; Stephen Michael Horn, Assistant United States Attorney, Charleston, West Virginia, for Appellees.

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Roseboro appeals the district court's order denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Roseboro v. Felts,* No. 5:08–cv–01433, 2012 WL 3637406 (S.D.W.Va. Aug. 22, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*